# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**CLAUDE PORTER**                                    **CIVIL ACTION**

**VERSUS**

**TRISTAN L. LEAVITT, ET AL.**                  **NO. 22-00076-BAJ-SDJ**

## RULING AND ORDER

Before the Court are two **Report and Recommendations ("R&Rs")** issued by the Magistrate Judge. (Docs. 29–30). On March 9, 2023, the Magistrate Judge issued an R&R recommending that Defendant the National Labor Relations Board's ("NLRB") Motion to Dismiss be granted, pursuant to Fed. R. Civ. P. 12(b)(1). (Doc. 29). On March 14, 2023, the Magistrate Judge issued an R&R recommending that the Court grant Defendants Tristan Leavitt, Robert E. Kirschman, Jr., and Louis DeJoy's ("the Federal Defendants") Motion to Dismiss—which was filed by the United States on Defendants' behalf. (Doc. 30). No party filed a timely opposition to either R&R.

After having carefully considered Plaintiff's Complaint, (Doc. 1), Defendants' Motions to Dismiss, (Docs. 13–14), Plaintiff's Opposition, (Doc. 18), and all related filings, the Court **APPROVES** the Magistrate Judge's R&Rs and **ADOPTS** them as the Court's opinions in this matter.

Accordingly,

**IT IS ORDERED** that Defendant the NLRB's **Motion to Dismiss Complaint Against The National Labor Relations Board For Lack of Jurisdiction, Failure To State A Claim, And Insufficient Service Of Process**

1

(Doc. 13) and The United States of America's **Motion To Dismiss Pursuant To Rules 12(b)(1) And (b)(6) Of The Federal Rules Of Civil Procedure (Doc. 14)** be and are hereby **GRANTED**.

   **IT IS FURTHER ORDERED** that Plaintiff's cause of action against the NLRB be and is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

   **IT IS FURTHER ORDERED** that Plaintiff's cause of action against the Federal Defendants be and is hereby **DISMISSED WITHOUT PREJUDICE**, without opportunity to amend.

   Judgement shall be entered separately.

   Baton Rouge, Louisiana, this 29th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2